To Honorable Judge John E Steele, & the court,

This is a pleading or a complaint that hoping court order to help me solve the difficulty I met.

① Let me get my $8000 cash taken care by the police in West Palm Beach, I want to appoint a civil attorney to take care of it.

② Being allowed to make International phone calls.

The reason about the first requirement is that I need an attorney who could visit me as I wish & who could help to transfer my money to wherever the place I need while the police station can not do the work I need. What's more, I've written several letters to West Palm Beach Police Station to point out my view but no effective reply in last 8 months.

The second thing is that I require court to allow me to connect International phone calls while the request was denied by the facility. All the other inmates or detainees can make International phone calls. I didn't see any reason why I can not do it. The phone company's customer service expressed they can not help while I report the phone using problem. For me, this is a serious communication problem need to be solved.

Hope the court can help to solve my difficulties. Thank you!

Sincerely,

[signature]

Feb. 18th, 2021

Yujing Zhang

20 cv 876