**U.S. Department of Homeland Security**      Subject ID: [REDACTED]            **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| ZHANG, YUJING | | | F | BLK | BLK | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| CHINA, PEOPLES REPUBLIC OF | See Narrative | 352 | 62 | 110 | Business |

Scars and Marks: None Indicated - NONE

U.S. Address:

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Marital Status |
|---|---|---|---|
| 03/28/2019, NEW, B1 - Visitor For Business | | [REDACTED] | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

Number, Street, City, Province (State) and Country of Permanent Residence: See Narrative

Method of Location/Apprehension: L NA

| Date of Birth | Age: 33 | Date of Action 11/25/2019 | Location Code WPD/MIA | At/Near See I-831 | Date/Hour 11/25/2019 13:19 |
|---|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| SHANGHAI, CHINA, PEOPLES REPUBLIC OF | | | A 925 KORZEN |

NIV Issuing Post and NIV Number:

Social Security Account Name:

Status at Entry:       Status When Found:

Date Visa Issued:

Social Security Number:

Length of Time Illegally in U.S.:

Immigration Record: **NEGATIVE**

Criminal Record: **See Narrative**

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):

Number and Nationality of Minor Children: **None**

Father's Name, Nationality, and Address, if Known:

Mother's Present and Maiden Names, Nationality, and Address, if Known:

Monies Due/Property in U.S. Not in Immediate Possession: **None Claimed**

Fingerprinted? ☒ Yes ☐ No

Systems Checks: See Narrative

Charge Code Words(s): See Narrative

Name and Address of (Last)(Current) U.S. Employer:    Type of Employment:    Salary: Hr    Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: [REDACTED]

Left Index fingerprint     Right Index fingerprint

Subject Health Status
----------------
The subject claims good health.

Current Administrative Charges
------------------------------
09/11/2019 - 237a1B - NONIMMIGRANT OVERSTAY
09/11/2019 - 237a2Ai - CONVICTION OF ONE CRIME INVOLVING MORAL TURPITUDE

...(CONTINUED ON I-831)

Andy Korzen
Deportation Officer

Alien has been advised of communication privileges _____ (Date/Initials)    (Signature and Title of Immigration Officer)

Distribution: A-FILE

Received: (Subject and Documents) (Report of Interview)
Officer: Andy Korzen
on: November 25, 2019 _____ (time)
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: ROUNDTREE, KENDRICK L, 7981

Form I-213 (Rev. 08/01/07)

Filed 12/20/19 RT

U.S. Department of Homeland Security      Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ZHANG, YUJING | 352<br>Event No: | 11/25/2019 |

Previous Criminal History
----------------------------------------
On 03/30/2019, the subject was arrested for the crime of "Fraud - False Statement" which resulted in a conviction on 09/20/2019. The subject was sentenced to N/A.

On 03/30/2019, the subject was arrested for the crime of "Trespassing" which resulted in a conviction on 09/11/2019. The subject was sentenced to N/A.

FOREIGN ADDRESS
-----------------------------
RM 803, NO.1, LANE 201 WEST DALIAN R SHANGHAI, SHANGHAI, 200125, CHINA, PEOPLES REPUBLIC OF

Records Checked
----------------
IAFIS Pos
CCD Pos
ATS-P Pos
CLAIM Neg
NCIC Pos
CIS Neg
TECS Pos

At/Near
-----------------------------------
FORT LAUDERDALE, FLORIDA

Record of Deportable/Excludable Alien:
ENCOUNTER:
Yujing ZHANG came to attention of the ICE Enforcement and Removal Operations, West Palm Beach Office, pursuant to her arrest in Palm Beach County, Florida on March 30, 2019. Yujing ZHANG admitted to being citizen of China. She further admitted to last being admitted into the United States on March 28, 2019, at Newark, New Jersey as a visitor for business.

ENTRY IMMIGRATION STATUS:
Yujing ZHANG is a native and citizen of China. Yujing ZHANG was admitted into the United States at or near Newark, New Jersey, on or about March 28, 2019, as a nonimmigrant visitor for business with authorization to remain in the United States for a temporary period not to exceed September 27, 2019.

On or about April 4, 2019, U.S. Department of State revoked Yujing ZHANG's visa effective immediately.

Yujing ZHANG has no petitions or applications pending on her behalf at this time.

BASIS FOR REMOVAL:
Yujing ZHANG is an alien amenable for removal from the United States pursuant to section 237(a)(1)(B) as an alien whose nonimmigrant visa has been revoked under INA ý 221(i), and Section 237(a)(2)(A)(i)(I) as alien convicted of crime involving moral turpitude within five of admission into the United States.

| Signature | Title |
|---|---|
| Andy Korzen | Deportation Officer |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>ZHANG, YUJING | File Number<br>■■ 352<br>Event No: ■■■■■ | Date<br>11/25/2019 |

**CRIMINAL RECORD:**
On September 11, 2019, in the United States District Court, Southern District of Florida, Yujing ZHANG was found guilty of the following offenses: knowingly enter and remain, and attempt to enter and remain, in a restricted building and grounds, and knowingly and willfully make a materially false, fictitious and fraudulent statement and representation to a Department of Homeland Security.

**CUSTODY DETERMINATION:**
Yujing ZHANG will be held in ICE custody without bond pending removal proceedings, as there are no conditions or combination of conditions that could be imposed that would assure his appearance for removal proceedings, or safety of the community.

**VALID TRAVEL DOCUMENTS IN FILE:**
Yes,

**MEDICAL PROBLEMS:**
No known issues,

**FAMILY ISSUES:**
No known issues,

Other Identifying Numbers
----------------------------------------
ALIEN-■■
BOP-■■■■

PASSPORT NUMBER AND COUNTRY OF ISSUE
----------------------------------------
E73520196 CHINA, PEOPLES REPUBLIC OF

| Signature<br>_/s/ Andy Korzen_ | Title<br>Deportation Officer |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)