```
IMMIGRATION COURT
18201 SW 12TH ST, BLDG 1 STE C
MIAMI, FL  33194
In the Matter of
                                    Case No.: ▓▓▓▓▓▓▓-352
ZHANG, YUJING
     Respondent                     IN REMOVAL PROCEEDINGS

                    ORDER OF THE IMMIGRATION JUDGE
```

This is a summary of the oral decision entered on ___December 20, 2019___
This memorandum is solely for the convenience of the parties.  If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

- [✓] The respondent was ordered removed from the United States to ___China___ or in the alternative to .
- [ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to  or in the alternative to .
- [ ] Respondent's application for voluntary departure was granted until ___ upon posting a bond in the amount of $ ___ with an alternate order of removal to .

Respondent's application for:
- [ ] Asylum was ( )granted ( )denied( )withdrawn.
- [ ] Withholding of removal was ( )granted ( )denied ( )withdrawn.
- [ ] A Waiver under Section ___ was ( )granted ( )denied ( )withdrawn.
- [ ] Cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.

Respondent's application for:
- [ ] Cancellation under section 240A(b)(1) was ( ) granted ( ) denied ( ) withdrawn.  If granted, it is ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
- [ ] Cancellation under section 240A(b)(2) was ( )granted ( )denied ( )withdrawn.  If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
- [ ] Adjustment of Status under Section ___ was ( )granted ( )denied ( )withdrawn.  If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
- [ ] Respondent's application of ( ) withholding of removal ( ) deferral of removal under Article III of the Convention Against Torture was ( ) granted ( ) denied ( ) withdrawn.
- [ ] Respondent's status was rescinded under section 246.
- [ ] Respondent is admitted to the United States as a ___ until ___.
- [ ] As a condition of admission, respondent is to post a $ ___ bond.
- [ ] Respondent knowingly filed a frivolous asylum application after proper notice.
- [ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.
- [ ] Proceedings were terminated.
- [ ] Other: _____

Date: December 20, 2019

LOPEZ-ENRIQUEZ, MARIA
Immigration Judge

Appeal: Waived/(Reserved)   Appeal Due By: By Respondent  January 21, 2020